IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILINGS DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-91-BLG-KLD |
| USPS Parcel to Riley Wisler PO Box 50149 Billings, MT 59105 from Stephanie Hitchings 1838 E 6th St Tucson, AZ 85719 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 20th day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1